# UNITED STATES DISTRICT COURT
### District of South Dakota
### 515 Ninth Street, Room 318
### Rapid City, South Dakota 57701-2626

KAREN E. SCHREIER
    Chief Judge

Phone 605-399-6020

██████████████████

June 28, 2007

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E., Suite 2-301
Washington, D.C.  20544

    Re:   2007 Financial Disclosure report

To whom it may concern:

    Please consider this an amendment to my 2006 Financial Disclosure Report.  In your letter dated June 4, 2007, you asked for the following information:

1.    The name of the investment company for the assets listed in Part VII, page 4, lines 2-6 is T. Rowe Price.

2.    The value code for the consideration received for the assets listed in Part VII, page 8, line 81, column D(1) is J.

    Three copies of this response are enclosed for the Committee. Thank you.

                  Very truly yours,

               ██████████████████

               Karen E. Schreier
               Chief Judge

Enclosures

RECEIVED 2007 JUL -5 A 10: 45 FINANCIAL DISCLOSURE OFFICE

| AO 10 Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)  Schreier, Karen E | 2. Court or Organization  U.S. District Court, South Dak | 3. Date of Report  05/01/2007 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Active | **5a. Report Type** (check appropriate type)  ☐ Nomination,     Date  ☐ Initial    ☒ Annual    ☐ Final  **5b.** ☐ Amended Report | **6. Reporting Period**  01/01/2006  to  12/31/2006 |
| **7. Chambers or Office Address**  United States District Court  515 Ninth Street, Rm 318  Rapid City, SD 57701 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member Board of Directors | YMCA of Rapid City |
| 2. Secretary | Eighth Circuit District Judges |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY -7 A 9 52 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E | 05/01/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Self-employed (attorney) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E | 05/01/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Schreier, Karen E | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 2. -EQUITY INCOME FUND | B | Distribution | K | T | | | | | |
| 3. -GROWTH STOCK FUND | A | Distribution | K | T | | | | | |
| 4. -NEW HORIZONS FUND | C | Distribution | L | T | | | | | |
| 5. -SCIENCE AND TECHNOLOGY FUND | | None | K | T | | | | | |
| 6. -VALUE FUND | B | Distribution | K | T | | | | | |
| 7. IRA ACCOUNT #1 | | | | | | | | | |
| 8. -UBS BANK USA DEP ACCT (F/K/A PIPER JAFFRAY PRIME) OBLIGS | A | Int./Div. | J | T | | | | | |
| 9. -OPPENHEIMER GLOBAL FUND C | A | Int./Div. | K | T | | | | | |
| 10. -PIMCO FDS PAC INVT MGMT SER REAL RETURN FD CL C | A | Dividend | | | PARTIAL SALE | 3/24 | J | | |
| 11. | | | | | SOLD | 5/2 | K | | |
| 12. -VAN KAMPEN GROWTH & INCOME FD CL | A | Int./Div. | K | T | | | | | |
| 13. -UNTS FIRST TRUST EQUITY INCOME SELECT PORTFOLIO | A | Interest | K | T | BUY | 3/24 | J | | |
| 14. -PIMCO FDS LOW DURATION FD CL C | A | Int./Div. | K | T | BUY | 5/2 | K | | |
| 15. NEW YORK LIFE INSURANCE CO. - ANNUITY | A | Interest | K | T | | | | | |
| 16. NEW YORK LIFE UNIVERSAL LIFE POLICY | A | Dividend | K | T | | | | | |
| 17. LINCOLN FINANCIAL GROUP | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | |
| | U =Book Value | | W =Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| UNIVERSAL LIFE INS. POLICY | | | | | | | | | |
| 18. JEFFERSON NATIONAL UNIVERSAL LIFE INS. POLICY | A | Dividend | J | T | | | | | |
| 19. TRAVELERS LIFE & ANNUITY UNIVERSAL LIFE INS. POLICY | A | Dividend | J | T | | | | | |
| 20. COMMUNITY HEALTH LTD. ▮▮▮▮▮ | B | Rent | J | T | | | | | |
| 21. HOME FEDERAL SAVINGS AND LOAN ACCOUNT | B | Interest | K | T | | | | | |
| 22. FIRST DAKOTA TITLE INS. LTD. PTR. ▮▮▮▮ | D | Interest | M | T | | | | | |
| 23. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 24. -ALTRIA GROUP INC. COMMON | B | Dividend | L | T | Partial Sale | 8/03 | J | A | |
| 25. -ANHEUSER BUSCH COS INC. COMMON | A | Dividend | J | T | | | | | |
| 26. -AVAYA, INC. COMMON | | None | J | T | | | | | |
| 27. -BP PLC SPONS ADR COMMON | A | Dividend | J | T | | | | | |
| 28. -BURLINGTON NORTHERN-SANTA FE COMMON | A | Dividend | K | T | | | | | |
| 29. -CISCO SYSTEMS INC. COMMON | | None | J | T | | | | | |
| 30. -CITIGROUP INC. COMMON | A | Dividend | K | T | | | | | |
| 31. -COCA-COLA COMPANY COMMON | A | Dividend | J | T | | | | | |
| 32. -COLGATE-PALMOLIVE COMPANY COMMON | A | Dividend | J | T | | | | | |
| 33. -EMC CORP. MASS COMMON | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month –<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 34.  -GENERAL ELECTRIC COMPANY COMMON | A | Dividend | J | T | | | | | |
| 35.  -HANESBRANDS INC. COMMON (x) | | None | J | T | | | | | |
| 36.  -HOME DEPOT INC. COMMON | A | Dividend | J | T | | | | | |
| 37.  -INTEL CORPORATION COMMON | A | Dividend | J | T | | | | | |
| 38.  -KOPIN CORP COMMON | | None | J | T | | | | | |
| 39.  -MEDTRONIC INC. COMMON | A | Dividend | K | T | | | | | |
| 40.  -MERCK & CO. iNC. COMMON | A | Dividend | J | T | | | | | |
| 41.  -MICROSOFT CORP COMMON | A | Dividend | K | T | | | | | |
| 42.  -PEPSICO INCORPORATED COMMON | A | Dividend | J | T | | | | | |
| 43.  -PFIZER INC. COMMON | A | Dividend | J | T | | | | | |
| 44.  -PROCTOR & GAMBLE CO. COMMON | A | Dividend | J | T | | | | | |
| 45.  -SARA LEE CORP. COMMON | A | Dividend | J | T | | | | | |
| 46.  -3M COMPANY COMMON | A | Dividend | J | T | | | | | |
| 47.  -TIME WARNER INC. NEW COMMON | A | Dividend | J | T | | | | | |
| 48.  -TYCO INTL LTD NEW COMMON | A | Dividend | J | T | | | | | |
| 49.  -WALT DISNEY F/K/A DISNEY WALT COMPANY COMMON | A | Dividend | J | T | | | | | |
| 50.  -ALLIANCE BERNSTEIN MID CAP | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| GROWTH FUND CL C | | | | | | | | | |
| 51. -EURO PACIFIC GROWTH FD CL A | A | Dividend | K | T | | | | | |
| 52. -FIRST TRUST UNIT 946 TARGET VIP PORTFOLIO | A | Dividend | | | SOLD | 7/6 | J | B | |
| 53. -FIRST TRUST UNIT 1154 TARGET VIP PORTFOLIO | A | Dividend | J | T | BUY | 7/3 | J | | |
| 54. -PIMCO FDS HI YLD CL C | A | Dividend | J | T | | | | | |
| 55. -RYDEX SER FDS JUNO FD CL C | | None | J | T | | | | | |
| 56. -PHOENIX GO AZ BOND | | None | J | T | | | | | |
| 57. -CA HLTH FAC. REV. BOND | | None | J | T | | | | | |
| 58. -WA ST. COLL SVGS BDS. 93 WA | | None | J | T | | | | | |
| 59. -SO DAK ST. BLD. ATH LES. REV. AMBAC BOND | | None | J | T | | | | | |
| 60. -MARICOPA CO. IDA SFM ETM AZ BOND | | None | J | T | | | | | |
| 61. -PORTLAND ARENA GAS TAX BOND | | None | | | SOLD | 6/01 | J | B | |
| 62. -DESCHUTES & JEFFERSON CNTYS OR SD #02J | | None | K | T | | | | | |
| 63. -EAST SIDE UN SD CALIF. BOND | | None | J | T | BUY | 6/05 | J | | |
| 64. -YUBA CITY CAL. UNI. SCHOOL DIST. BOND | | None | J | T | | | | | |
| 65. -UBS ACCOUN F/K/A PIPER JAFFRAY PRIME OBLIGS MONEY MARKET | A | Interest | J | T | | | | | |
| 66. -LINCOLN NATL LIFE AMER. | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ANNUITY | | | | | | | | | |
| 67. IRA ACCOUNT #2 | | | | | | | | | |
| 68. -EURO PACIFIC GROWTH FUND CL A | A | Dividend | K | T | | | | | |
| 69. -EVERGREEN FIXED INC TR NEW HIGH YLD BD CL C | A | Dividend | J | T | | | | | |
| 70. -MUTUAL SERIES FUND INC. QUALIFIED FUND CLASS C | A | Dividend | J | T | | | | | |
| 71. -PIMCO FDS HI YLD CL C | A | Dividend | J | T | | | | | |
| 72. -PUTNAM DISCOVERY GROWTH FD CL M | | None | K | T | | | | | |
| 73. -FICO STRIPS SERIES E BOND | | None | J | T | | | | | |
| 74. -US TREAS. SEC. STRPD. BOND | | None | J | T | | | | | |
| 75. -FEDL. HOME LOAN MTG. CORP. BOND | A | Interest | J | T | | | | | |
| 76. -UBS ACCOUNT F/K/A PIPER JAFFRAY PRIME OBLIG. | A | Interest | J | T | | | | | |
| 77. BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 78. -GALENA PARK IND. BOND | | None | K | T | BUY | 12/07 | K | | |
| 79. -CLACKMUS & WASHINGTON SERV A BOND | | None | K | T | BUY | 3/07 | K | | |
| 80. -SOUTHERN MN MUN PWR AGY SUPPLY BOND | | None | K | T | | | | | |
| 81. -UBS ACCOUNT F/K/A PIPER JAFFRAY PRIME OBLIGS | A | Int./Div. | J | T | PARTIAL SALE | 12/07 | | | |
| 82. FIRST NATIONAL BANK IN SIOUX | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| FALLS ACCOUNT | | | | | | | | | |
| 83. FIRST NATIONAL BANK IN SIOUX FALLS ACCOUNT | | None | J | T | | | | | |
| 84. DOUGHERTY & DOUGHERTY LLP | D | Interest | M | T | | | | | |
| 85. DISCOVER BANK ACCOUNT | A | Interest | K | T | | | | | |
| 86. BROKERAGE ACCOUNT #4 | | | | | | | | | |
| 87. -C H ROBINSON WORLDWIDE INC. COMMON | A | Dividend | J | T | | | | | |
| 88. -NASTECH PHARMACEUTICAL CO. INC COMMON | | None | K | T | BUY | 2/02 | J | | |
| 89. | | | | | BUY | 3/01 | J | | |
| 90. | | | | | BUY | 3/02 | J | | |
| 91. -SPECTRASCIENCE COMMON | | None | J | T | BUY | 2/02 | J | | |
| 92. -US BANCORP DEL COMMON | A | Dividend | J | T | | | | | |
| 93. DOUGHERTY & COMPANY LLC ACCOUNT | A | Interest | L | T | | | | | |
| 94. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E | 05/01/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _May 3, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544